# United States District Court
# Central District of California

| | |
|---|---|
| IOU INTERNATIONAL, INC.,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MIDTHRUST IMPORTS, INC.; and DOES 1–10, inclusive,<br><br>　　　　　　Defendants. | Case No. 2:15-cv-00160-ODW(ASx)<br><br>**ORDER TO SHOW CAUSE RE. SETTLEMENT** |

In light of Parties' Notice of Settlement (ECF No. 37), the Court hereby **ORDERS** the parties **TO SHOW CAUSE**, in writing, by January 25, 2016, why settlement has not been finalized. No hearing will be held. All other dates and deadlines in this action are **VACATED** and taken off calendar. The Court will discharge this Order upon the filing of a dismissal that complies with Federal Rule of Civil Procedure 41.

**IT IS SO ORDERED.**

December 22, 2015

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　**OTIS D. WRIGHT, II**
　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**