JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IOU INTERNATIONAL, INC., a California Corporation, individually and dba VISION INTERNATIONAL 1, INC.,<br><br>Plaintiff,<br><br>v.<br><br>MIDTHRUST IMPORTS, INC., *et al.*,<br><br>Defendants. | Case No.: CV15-000160-ODW(SSx)<br>*Honorable Otis D. Wright, II Presiding*<br><br>[~~PROPOSED~~] ORDER TO DISMISS ACTION |

- 1 -

[PROPOSED] ORDER TO DISMISS PARTIES AND CLAIMS

1    [~~PROPOSED~~] ORDER:

2         FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY

3    ORDERED:

4        1. This action, as amended, is hereby dismissed *with* prejudice in its entirety

5           against all Defendants, including but not limited to Midthrust Imports, Inc.,

6           N.Y. Invasion, Inc., and Rainbow USA, Inc. (sued incorrectly herein as

7           Rainbow U.S.A., Inc.), pursuant to the terms of the settlement agreement

8           entered into by Plaintiff and Defendants;

9        2. This dismissal is subject to and predicated upon the settlement agreement

10          that gave rise to this dismissal;

11       3. Plaintiff and Defendants will each bear their respective costs and attorneys'

12          fees as incurred against one another in connection with this action;

13

14

15       SO ORDERED.

16

17

18   Dated:  February 1  , 2016          By: _____

19                              HONORABLE OTIS D. WRIGHT, II

19                              UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28                                  - 2 -